TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-09-00648-CR


NO. 03-09-00649-CR



 

 

 


Paul Michael Earls, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF TRAVIS COUNTY, 299TH JUDICIAL DISTRICT


NOS. D-1-DC-09-201731 & D-1-DC-09-203694, 


HONORABLE CHARLES F. BAIRD, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's motion for extension of time to file brief is granted. Appellant's counsel
is ordered to tender a brief in this cause no later than July 2, 2010.

It is ordered June 15, 2010. 


Before Chief Justices Jones, Justices Pemberton and Waldrop

Do Not Publish